**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| Ana Rodriguez, individually and on behalf of all others similarly situated, | ) ) ) ) **Case No.: 1:22-cv-01048-MSN-WEF** ) |
| Plaintiff, | ) Judge: Hon. Michael S Nachmanoff ) |
| v. | ) Magistrate Judge: Hon. William E. ) Fitzpatrick |
| Stratford University, Inc., | ) ) |
| Defendant. | ) ) ) ) |

**PLAINTIFF'S UNOPPOSED MOTION**
**FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiff Ana Rodriquez respectfully moves this Court for the entry of the proposed Preliminary Approval Order submitted herewith, which seeks the preliminary approval of a proposed class action settlement (the "Settlement") and certification of a proposed settlement class (the "Settlement Class") as defined therein. In support of this request, Plaintiff states and presents the following:

1. The terms of the Settlement are set forth in the Settlement Agreement and Release dated July 3, 2024, attached as "Exhibit 1" to Plaintiff's Memorandum of Law in Support of her Unopposed Motion for Preliminary Approval of the Class Action Settlement (the "Memorandum"), filed contemporaneously herewith.

2. The relief sought in this Motion is supported by the Memorandum and the Declaration of Nicholas A. Migliaccio.

3. Defendant Stratford University, Inc. does not oppose the relief requested in this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter the proposed Order Granting Preliminary Approval of the Class Action Settlement.

Dated: November 18, 2024               Respectfully submitted,

/s/_____
Matthew T. Sutter, Esq., VSB No 66741
Sutter & Terpak, PLLC
7540 Little River Tnpk.
Suite A, First Floor
Annandale, VA 22003
Tel: (703) 256-1800
Fax: (703) 991-6116
Email: matt@sutterandterpak.com

Jason S. Rathod (admitted pro hac vice)
Nicholas A. Migliaccio (admitted pro hac vice)
MIGLIACCIO & RATHOD, LLP
412 H Street, NE, Suite 302
Washington, DC  20002
Telephone: 202-470-520
Facsimile: 202-800-2730
Email: jrathod@classlawdc.com
nmigliaccio@classlawdc.com

*Proposed Class Counsel for Plaintiff and the Proposed Settlement Class*