IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

| | |
|---|---|
| ANA RODRIGUEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STRATFORD UNIVERSITY, INC.,<br><br>Defendant. | Civil Action File No. 1:22-cv-01048-MSN-WEF |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND ATTORNEYS' FEES, COSTS, AND SERVICE AWARD

Plaintiff Ana Rodriguez ("Plaintiff"), by and through her undersigned counsel of record, hereby moves for an order granting final approval to the proposed Settlement, granting final certification of the Class, awarding Class Counsel's attorneys' fees and costs and Plaintiff's service award, and dismissing the Action pending before this Court. Defendant Stratford University, Inc. ("Defendant" or "Stratford") does not oppose the relief sought by this Motion.

A proposed Order Granting Final Approval to the proposed Class Action Settlement, awarding Class Counsel's attorneys' fees and costs, and conferring a service award to Plaintiff and a Final Judgment are submitted herewith. This Motion is supported by the accompanying memorandum of law and supporting exhibits and declarations, submitted contemporaneously herewith.

Dated: May 9, 2025                                   Respectfully submitted,

*s/*_____
Matthew T. Sutter, Esq., VSB No 66741
Sutter & Terpak, PLLC
7540 Little River Tnpk.
Suite A, First Floor
Annandale, VA 22003
Tel: (703) 256-1800
Fax: (703) 991-6116
Email: matt@sutterandterpak.com

Nicholas A. Migliaccio*
Jason S. Rathod*
Migliaccio & Rathod LLP
412 H Street N.E., Suite 302
Washington, D.C. 20002
Tel: (202) 470-3520
Fax: (202) 800-2730
*Admitted pro hac vice

*Counsel for Plaintiff and the Settlement Class*